UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                    No.  10-CR-905-LTS

DANIEL FERNANDEZ,

        Defendant.

--------------------------------------------------------x

ORDER

The Court has received Defendant's motion for Compassionate Release pursuant to 18 U.S.C. § 3582.  (Docket Entry No. 2315.)  The Government must file its written response to the foregoing application by **June 26, 2020, at 5:00 p.m.**  A complete, unredacted courtesy copy must be provided to defense counsel and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.  Any reply, which must state whether the defendant, after consultation with counsel, consents to waive his appearance for a telephonic hearing to be conducted by the Court with counsel, must be filed by **July 1, 2020, at 5:00 p.m.**

        Medical and other confidential personal information may be redacted from the versions filed on ECF of the parties' submissions.  The parties must deliver unredacted copies of

any redacted filings to the drop box located in the lobby of the Daniel Patrick Moynihan Courthouse, with a copy of this Order, no later than July 17, 2020.

    SO ORDERED.

Dated: New York, New York
       June 18, 2020

                                          ___/s/ Laura Taylor Swain_____
                                          LAURA TAYLOR SWAIN
                                          United States District Judge