

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 10, 2020

**BY ECF**
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

**Re:** *United States v. Daniel Fernandez*, 10 CR 905-02 (LTS)

Dear Judge Swain:

      The parties respectfully write pursuant to the Court's Order of July 10, 2020 (Dkt. 2320) to provide a status update in the above-captioned case. In that Order, the Court further directed the parties to file a joint status report in thirty days addressing the defendant's furlough application and his pending application for home confinement.

      Government is awaiting further information from the Bureau of Prisons ("BOP") and respectfully requests that the deadline to file a status report be extended to Wednesday, August 12, 2020. Defense counsel does not object to this request. Defense counsel also provides the attached letter, containing information from the defendant about the status of his applications.

      Respectfully Submitted,

AUDREY STRAUSS
Acting United States Attorney

by: /s/ Andrew A. Rohrbach
Andrew A. Rohrbach
Assistant United States Attorney
(212) 637-2345

The requested extension is granted. DE# 2325 resolved.
SO ORDERED.
8/10/2020
/s/ Laura Taylor Swain, USDJ

CC: Counsel of record (by ECF)

# Attachment A

**JEFFREY S. WEINER**
MEMBER OF THE UNITED STATES, FLORIDA
AND ILLINOIS SUPREME COURT BARS

BOARD CERTIFIED CRIMINAL TRIAL ADVOCATE
NATIONAL BOARD OF TRIAL ADVOCACY

FELLOW, AMERICAN BOARD OF
CRIMINAL LAWYERS

FORMER PRESIDENT, NATIONAL ASSOCIATION
OF CRIMINAL DEFENSE LAWYERS AND FLORIDA
CRIMINAL DEFENSE ATTORNEYS ASSOCIATION

**ANNABELLE NAHRA NADLER**
MEMBER OF THE NEW YORK BAR AND THE FLORIDA
AND UNITED STATES SUPREME COURT BARS

MEMBER, NATIONAL ASSOCIATION CRIMINAL DEFENSE LAWYERS
AND FLORIDA ASSOCIATION OF CRIMINAL DEFENSE LAWYERS

**DIEGO WEINER**
MEMBER OF THE FLORIDA AND
UNITED STATES SUPREME COURT BARS

MEMBER, NATIONAL ASSOCIATION CRIMINAL DEFENSE LAWYERS
AND FLORIDA ASSOCIATION OF CRIMINAL DEFENSE LAWYERS

GRADUATE, NATIONAL CRIMINAL DEFENSE COLLEGE

**YISEL VILLAR**
MEMBER OF THE FLORIDA BAR

LICENCIADA EN DERECHO EN CUBA

MEMBER, NATIONAL ASSOCIATION CRIMINAL DEFENSE LAWYERS
AND FLORIDA ASSOCIATION OF CRIMINAL DEFENSE LAWYERS

MEMBER, CUBAN AMERICAN BAR ASSOCIATION

MEMBER, HISPANIC NATIONAL BAR ASSOCIATION

**JEFFREY S. WEINER, P.A.**
ATTORNEYS AT LAW

TWO DATRAN CENTER
NINETEENTH FLOOR, SUITE 1910
9130 SOUTH DADELAND BOULEVARD
MIAMI, FLORIDA 33156-7858
WWW.JEFFWEINER.COM

305 670-9919 (24 HOURS)
FAX 305 670-9299
LAWFIRM@JEFFWEINER.COM

**BONNIE L. WEINER**
FLORIDA CERTIFIED FORENSIC INTERPRETER
PROFESSIONAL DOCUMENT TRANSLATOR
OFFICE ADMINISTRATOR

**KATHERINE SUAREZ**
PARALEGAL

GRADUATE, THE LEGAL STUDIES
INSTITUTE, FLORIDA INTERNATIONAL
UNIVERSITY COLLEGE OF LAW

MEMBER OF THE NATIONAL
ASSOCIATION OF LEGAL ASSISTANTS

**AUGUSTO BRAVO**
PARALEGAL

ABOGADO LICENSED IN VENEZUELA

**JAKE S. WEINER**
LAW CLERK

HARVARD LAW SCHOOL
JURIS DOCTOR CANDIDATE 2021

**GUIDO DEL PRADO**
CONSULTANT ON DIPLOMATIC MATTERS
AND INTERNATIONAL AFFAIRS

August 7, 2020

**SENT *VIA* EMAIL**

Andrew A. Rohrbach
Assistant United States Attorney
Southern District of New York
One Saint Andrews Plaza
New York, NY 10007
Andrew.Rohrbach@usdoj.gov

**Re:  *Daniel Fernandez***
  *Furlough/Home Confinement Requests Update*
  *Reg. 68071-004*

Dear Mr. Rohrbach:

In accordance with Judge Taylor Swain's ruling on July 10, 2020, please find a detailed status update provided to undersigned counsel by Mr. Fernandez below:

  1. On July 7, 2020, Mr. Fernandez was informed by Case Manager Melek that his request for home confinement had been denied.

Letter to Assistant United States Attorney Andrew Rohrbach
August 7, 2020
Page 2 of 2

2. On July 10, 2020, upon receipt of the court's order, undersigned counsel submitted a furlough request to the Warden at FDC Miami with a copy of Judge Taylor Swain's order attached via email. Communication with Mr. Fernandez is severely limited, counsel submitted the request on his behalf to avoid any timeliness issues.

3. On July 15, 2020, Mr. Fernandez was finally able to submit a request for a furlough personally. He sent an email request to the Warden, an email request to Unit Manager Richardson, and submitted a physical request to Unit Manager Richardson with a copy of the court's July 10, 2020 order attached.

4. On July 20, 2020, Mr. Fernandez was informed by Unit Manger Richardson that his request for a furlough had been denied.

Please feel free to contact me if you have any questions.

    Respectfully submitted,

    */s/ Diego Weiner*
    Diego Weiner, Esq.
    For the Firm