UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                                                                      No.  10-CR-905-LTS

DANIEL FERNANDEZ,

        Defendant.

-------------------------------------------------------x

ORDER

        The Government is hereby directed to obtain from the Bureau of Prisons and email to the chambers of the undersigned for sealed filing and provide to defense counsel a copy of Mr. Fernandez's medical records.  The Government is further directed to file the most recent COVID-19 status information available for FCI Miami and for the unit in which Mr. Fernandez is housed.  The medical records and COVID-19 information must be provided to the Court by **August 18, 2021.**

        SO ORDERED.

Dated: New York, New York
           August 11, 2020

                                                                                /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                           United States District Judge