UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                No.  10-CR-905-LTS

DANIEL FERNANDEZ,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received Mr. Fernandez's petition for termination of his special term of supervised release.  (Docket entry no. 2378.)  The Government and the Probation Office are hereby directed to confer and submit their responses to the petition by **February 9, 2022**.  The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Fernandez at the address below.

        SO ORDERED.

Dated: New York, New York
       January 27, 2022

                                      ___/s/ Laura Taylor Swain_____
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge

Mail to:
Daniel Fernandez
14963 SW 18 TERR
Miami, FL 33185