UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                    No. 10-CR-905-LTS

DANIEL FERNANDEZ,

        Defendant.

-------------------------------------------------------x

### ORDER

The Court has received the Government's opposition, filed and served on February 8, 2022, to Mr. Fernandez's petition for termination of his special term of supervised release. Mr. Fernandez must file any reply in support of his petition for early termination of his special term of supervised release by **March 3, 2022**. Chambers will mail a copy of this order to Mr. Fernandez at the address below.

       SO ORDERED.

Dated: New York, New York
       February 9, 2022

                                                           /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                         Chief United States District Judge

Mail to:
Daniel Fernandez
14963 SW 18 TERR
Miami, FL 33185