UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                        No.  10 CR 905-LTS

DANIEL FERNANDEZ,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received a form from Mr. Fernandez used to consent to receive electronic service of notices and documents in civil cases.  Because the above-captioned matter is a criminal case, service of notices and documents in this case will continue to be provided via mail to the address below.  Mr. Fernandez is hereby advised that he will only receive service via mail, and not electronically, of notices and documents in this matter.

Chambers will mail a copy of this order to Mr. Fernandez at the address below.

      SO ORDERED.

Dated: New York, New York
       March 28, 2023

                                                               /s/ Laura Taylor Swain
                                                             LAURA TAYLOR SWAIN
                                                             Chief United States District Judge

<u>Mailed to</u>:

Daniel Fernandez
14963 SW 18 Terrace
Miami, FL 33185