UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES,

          -v-

DANIEL FERNANDEZ,

                        Defendant.
-------------------------------------------------------x

No. 10-CR-905-LTS-02

ORDER

        Defendant has filed a request for early termination of Mr. Fernandez's supervised

release pursuant to Section 3583 of Title 18 of the United States Code.

        The Government is directed to file its a response to Defendant's letter **by July 30,**

**2025**.  Defendant is directed to file his reply, if any, **by August 6, 2025**.

        SO ORDERED.

Dated: New York, New York
      July 16, 2025

                                  /s/ Laura Taylor Swain
                                 LAURA TAYLOR SWAIN
                                 Chief United States District Judge